# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| MATTIE M. LEWIS, | : | |
| | : | Case No.: 17-13268-jkf |
| Debtor. | : | |

## CERTIFICATION OF NO RESPONSE

Rex J. Roldan, Esquire, attorney for Debtor, Mattie M. Lewis, represents as follows:

1. An Application for Compensation was filed on December 28, 2017, and notice of same was given to Andrew R. Vara, United States Trustee, Frederick L. Reigle, Esquire, Chapter 13 Standing Trustee, and Mattie M. Lewis, debtor, and all creditors in interest.

2. The time to answer or otherwise respond to the Application has expired, and no such response has been filed.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Dated: January 17, 2018

                                                  /s/ Rex J. Roldan
                                               Rex J. Roldan, Esquire, Applicant (I.D. #: 71690)
                                               Washington Professional Campus
                                               900 Route 168, Suite I-4
                                               Turnersville, New Jersey 08012
                                               (856) 232-1425
                                               Fax (856) 232-1025

C:\Legal\bank\3597rr\services_no_response.wpd