# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| MATTIE M. LEWIS, | : | |
| | : | Case No.: 17-13268-jkf |
| Debtor. | : | |

## ORDER GRANTING APPLICATION FOR ATTORNEY'S FEES

**AND NOW,** this _____ day of _____, 2018 upon consideration of "APPLICATION FOR COMPENSATION" submitted by Rex J. Roldan, Esquire, counsel for the debtor, and, after Notice and a hearing, it is hereby

**ORDERED and DECREED** that the attorney's fee in the amount of $3,200.00 is approved.

BY THE COURT:

**Date: January 18, 2018**

HONORABLE JEAN K. FITZSIMON
U.S. BANKRUPTCY COURT JUDGE

Andrew R. Vara, United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Mattie M. Lewis
800 South 13th Street, #303
Philadelphia, PA 19147

Frederick L. Reigle, Chapter 13 Trustee
2901 St. Lawrence Avenue
PO Box 4010
Reading, PA 19606

Rex J. Roldan, Esquire
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, NJ 08012