United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-13268-jkf
Mattie M. Lewis                                                     Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia           Page 1 of 1             Date Rcvd: Jan 18, 2018
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 20, 2018.
db             +Mattie M. Lewis,    800 South 13th Street, #303,    Philadelphia, PA 19147-2638

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2018                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JEREMY JOHN KOBESKI    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee
               For etal paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For
               etal paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    VW Credit Inc. dba Volkswagen Credit
               KMcDonald@blankrome.com
              MARIO J. HANYON    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For
               etal paeb@fedphe.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    VW Credit Inc. dba Volkswagen Credit
               bkgroup@kmllawgroup.com
              REX J. ROLDAN    on behalf of Debtor Mattie M. Lewis Roldanlaw@comcast.net,
               r43760@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| MATTIE M. LEWIS, | : | |
| | : | Case No.: 17-13268-jkf |
| Debtor. | : | |
| | : | |

**ORDER GRANTING APPLICATION FOR ATTORNEY'S FEES**

**AND NOW,** this _____ day of _____, 2018 upon consideration of "APPLICATION FOR COMPENSATION" submitted by Rex J. Roldan, Esquire, counsel for the debtor, and, after Notice and a hearing, it is hereby

**ORDERED and DECREED** that the attorney's fee in the amount of $3,200.00 is approved.

BY THE COURT:

*/s/ Jean K. FitzSimon*

_____
**Date: January 18, 2018**    HONORABLE JEAN K. FITZSIMON
U.S. BANKRUPTCY COURT JUDGE

Andrew R. Vara, United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Mattie M. Lewis
800 South 13th Street, #303
Philadelphia, PA 19147

Frederick L. Reigle, Chapter 13 Trustee
2901 St. Lawrence Avenue
PO Box 4010
Reading, PA 19606

Rex J. Roldan, Esquire
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, NJ 08012