IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
MATTIE M. TOPSEY
A/K/A MATTIE M. LEWIS
A/K/A MATTIE LEWIS
    Debtor

CHAPTER 13

BK. No. 17-13268 JKF

## ORDER

AND NOW, this 10th day of May, 2018, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, ~~shall be, and is hereby made an Order of this Court~~. The Stipulation is between Deutsche Bank and the Debtor.

_____
JEAN K. FITZSIMON,
Bankruptcy Judge

FREDERICK L. REIGLE, ESQUIRE (TRUSTEE)
2901 ST. LAWRENCE AVENUE, P.O. BOX 4010
READING, PA 19606

MATTIE LEWIS
42 ACACIA PLACE
DOVER, DE 19901-4006

REX J. ROLDAN, ESQUIRE
900 ROUTE 168, SUITE I-4
TURNERSVILLE, NJ 08012

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107