United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-13268-jkf
Mattie M. Lewis                                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: May 10, 2018
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2018.
db              +Mattie M. Lewis,     800 South 13th Street, #303,     Philadelphia, PA 19147-2638

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2018 at the address(es) listed below:
            FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
            JEREMY JOHN KOBESKI    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee
             For etal paeb@fedphe.com
            JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For
             etal paeb@fedphe.com
            KEVIN G. MCDONALD    on behalf of Creditor    VW Credit Inc. dba Volkswagen Credit
             bkgroup@kmllawgroup.com
            MARIO J. HANYON    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For
             etal paeb@fedphe.com
            POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
             ecf_frpa@trustee13.com
            REBECCA ANN SOLARZ    on behalf of Creditor    VW Credit Inc. dba Volkswagen Credit
             bkgroup@kmllawgroup.com
            REX J. ROLDAN    on behalf of Debtor Mattie M. Lewis Roldanlaw@comcast.net,
             r43760@notify.bestcase.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                          TOTAL: 9

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
**MATTIE M. TOPSEY**                                    CHAPTER 13
**A/K/A MATTIE M. LEWIS**
**A/K/A MATTIE LEWIS**                                  BK. No. 17-13268 JKF
                            Debtor

### ORDER

AND NOW, this 10th day of May , 2018, it is hereby **ORDERED** that the corresponding Stipulation is

hereby approved, ~~shall be and is hereby made an Order of this Court~~. The Stipulation is between Deutsche Bank and the Debtor.

*Jean K. Fitzsimon*

**JEAN K. FITZSIMON,**
**Bankruptcy Judge**

FREDERICK L. REIGLE, ESQUIRE (TRUSTEE)          MATTIE LEWIS
2901 ST. LAWRENCE AVENUE, P.O. BOX 4010         42 ACACIA PLACE
READING, PA 19606                               DOVER, DE 19901-4006

REX J. ROLDAN, ESQUIRE
900 ROUTE 168, SUITE I-4
TURNERSVILLE, NJ 08012

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107