## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 13 |
| MATTIE M. LEWIS, | : | |
| | : | |
| Debtor. | : | Bankruptcy No.: 17-13268-jkf |
| | : | |

### DEBTOR'S OPPOSITION TO CERTIFICATION OF DEFAULT OF STIPULATION OF SETTLEMENT OF MOTION FOR RELIEF FROM AUTOMATIC STAY

Mattie M. Lewis, debtor herein, by and through her attorney, Rex J. Roldan, Esquire, hereby opposes the Certification of Default of Stipulation of Settlement of Motion for Relief from Automatic Stay filed by creditor, VW Credit Corporation. In support hereof, debtor respectfully represents as follows:

1.      Debtor filed for protection under Chapter 13 of the U.S. Bankruptcy Code on May 5, 2017.

2.      On or about January 17, 2018, creditor, VW Credit Corporation, filed a Motion for Relief from the Automatic Stay.

3.      The motion was resolved by the parties when a Stipulation was entered into and filed on or about April 19, 2018. Said stipulation required that payments in the amount of $1,809.65 and $603.22, totaling $2,412.87, be paid through April, 2019

4.      While the parties were negotiating the Stipulation, debtor continued to make payments to VW Credit Corporation. Attached as **Exhibit A** are copies of the relevant pages of debtor's bank statements showing payments to VW Credit Corporation as follows:

| | |
|---|---|
| March 14, 2018 | $800.00 |
| March 21, 2018 | $550.00 |

| April 16, 2018 | $800.00 |
| May 24, 2018 | <u>$550.00</u> |
| **TOTAL** | **$2,700.00** |

5.      As of the date of this Certification, debtor is ahead on the payments required by

the Stipulation.

WHEREFORE, the Debtor respectfully requests that the Court deny the Default of

Stipulation of Settlement of Motion for Relief from Automatic Stay filed by creditor, VW Credit

Corporation.

Date: May 25, 2018

   /s/ Rex J. Roldan
Rex J. Roldan, Esquire (I.D. #71690)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, New Jersey 08012
(856) 232-1425
Attorney for Debtor

Wells Fargo

https://connect.secure.wellsfargo.com/accounts/inquiry/summary/defa...

| Date | Description | Deposits/Credits | Withdrawals/Debits |
|------|-------------|------------------|--------------------|
| | | | |
| | | | |
| 03/14/18 | VW CREDIT, TEL. TEL DEBIT 180313 PTEL 872164480 MATTIE M TOPSEY | | $800.00 |
| | | | |
| **Totals** | | | |



5/25/2018, 11:30 AM

| Date | Description | Deposits/Credits | Withdrawals/Debits |
|------|-------------|------------------|--------------------|
| 03/21/18 | VW CREDIT, TEL. TEL DEBIT 180320 PTEL 872164480 MATTIE M TOPSEY | | $550.00 |

**Totals**

Wells Fargo                                          https://connect.secure.wellsfargo.com/accounts/inquiry/summary/defa...



| Date | Description | Deposits/Credits | Withdrawals/Debits |
|---|---|---|---|
| 04/16/18 | VW CREDIT, TEL. TEL DEBIT 180413 PTEL 872164480 MATTIE M TOPSEY | | $800.00 |

**Totals**

Wells Fargo

https://connect.secure.wellsfargo.com/accounts/inquiry/summary/defa...



Skip to main content

# CUSTOM
# MANAGEMENT(RM)
...8466



Available balance

Activity Summary

**Current posted balance**

**Pending withdrawals/debits**

**Pending deposits/credits**

**Available balance**

Monthly Service Fee Summary

# Activity

First
Previous
Next

| Date | Description | Deposits/Credits | Withdrawals/Debits |
|------|-------------|------------------|--------------------|
| **Authorized Transactions** | | | |

*Note: Debit card transaction amounts may change.*



**Posted Transactions**

| Date | Description | Deposits/Credits | Withdrawals/Debits |
|------|-------------|------------------|--------------------|
| 05/24/18 | VW CREDIT, TEL. TEL DEBIT 180523 PTEL 872164480 MATTIE M TOPSEY | | $550.00 |

**Totals**