IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MATTIE M. LEWIS,<br><br>Debtor,<br><br>VW CREDIT CORPORATION,<br>Movant<br><br>v.<br><br>MATTIE M. LEWIS and<br>FREDERICK L. REIGLE, Ch. 13 Trustee, | Bankruptcy No. 17-13268-jkf<br><br>Chapter 13<br><br>Related to Doc. No. 57 |

PRAECIPE TO WITHDRAW CERTIFICATION OF DEFAULT OF STIPULATION OF SETTLEMENT DATED MAY 24, 2018

TO THE CLERK OF COURTS:

Kindly withdraw the Certification of Default of Stipulation of Settlement of Motion for Relief from Automatic Stay Dated May 24, 2017 filed on behalf of VW Credit Corporation.

    Respectfully submitted,

    By:/s/ Keri P. Ebeck
    Keri P. Ebeck, Esq.
    PA I.D.: 91298
    707 Grant Street, Suite 2200, Gulf Tower
    Pittsburgh, PA 15219
    Phone:  (412) 456-8112
    Fax:     (412) 456-8135
    Email:  kebeck@bernsteinlaw.com

    *Counsel for VW Credit Corporation*

Dated: May 29, 2018