**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>**MATTIE M. LEWIS**<br>**A/K/A MATTIE M. TOPSEY**<br>     Debtor | **BK. No. 17-13268 JKF**<br><br>**Chapter No. 13** |
| **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HSI ASSET LOAN OBLIGATION TRUST 2007-WF1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-WF1**<br>     Movant<br>               v.<br>**MATTIE M. LEWIS**<br>**A/K/A MATTIE M. TOPSEY**<br>     Respondent | **11 U.S.C. §362** |

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

**AND NOW**, this 5th day of November, 2018, after Notice of Default and the filing of a Certification of Default under the parties' prior Stipulation, it is

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 42 ACACIA PLACE, DOVER, DE 19901-4006 hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

By the Court:

_____
JEAN K. FITZSIMON, BANKRUPTCY JUDGE

WILLIAM MILLER*R, ESQUIRE                MATTIE M. LEWIS
(INTERIM CHAPTER 13 TRUSTEE)          800 SOUTH 13TH STREET #303
2901 ST. LAWRENCE AVENUE              PHILADELPHIA, PA 19147-2638
SUITE 100
READING, PA 19606

REX J. ROLDAN, ESQUIRE
900 ROUTE 168, SUITE I-4
TURNERSVILLE, NJ 08012

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107