United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-13268-jkf
Mattie M. Lewis                                                         Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: TashaD      Page 1 of 1      Date Rcvd: Nov 05, 2018
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2018.
db          +Mattie M. Lewis,   800 South 13th Street, #303,   Philadelphia, PA 19147-2638

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2018                              Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2018 at the address(es) listed below:
      JEREMY JOHN KOBESKI    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For etal paeb@fedphe.com
      JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For etal paeb@fedphe.com
      KERI P EBECK    on behalf of Creditor    VW Credit Corporation kebeck@bernsteinlaw.com, DMcKay@bernsteinlaw.com
      KEVIN G. MCDONALD    on behalf of Creditor    VW Credit Inc. dba Volkswagen Credit bkgroup@kmllawgroup.com
      MARIO J. HANYON    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For etal paeb@fedphe.com
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      REBECCA ANN SOLARZ    on behalf of Creditor    VW Credit Inc. dba Volkswagen Credit bkgroup@kmllawgroup.com
      REX J. ROLDAN    on behalf of Debtor Mattie M. Lewis Roldanlaw@comcast.net, r43760@notify.bestcase.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For etal paeb@fedphe.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                                               TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>**MATTIE M. LEWIS**<br>A/K/A MATTIE M. TOPSEY<br>　　Debtor<br><br>**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HSI ASSET LOAN OBLIGATION TRUST 2007-WF1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-WF1**<br>　　Movant<br>　　v.<br>**MATTIE M. LEWIS**<br>A/K/A MATTIE M. TOPSEY<br>　　Respondent | BK. No. 17-13268 JKF<br><br>Chapter No. 13<br><br><br><br>11 U.S.C. §362 |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

**AND NOW**, this 5th day of November, 2018, after Notice of Default and the filing of a Certification of Default under the parties' prior Stipulation, it is

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 42 ACACIA PLACE, DOVER, DE 19901-4006 hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

By the Court:

_____
JEAN K. FITZSIMON, BANKRUPTCY JUDGE

WILLIAM MILLER*R, ESQUIRE
(INTERIM CHAPTER 13 TRUSTEE)
2901 ST. LAWRENCE AVENUE
SUITE 100
READING, PA 19606

MATTIE M. LEWIS
800 SOUTH 13TH STREET #303
PHILADELPHIA, PA 19147-2638

REX J. ROLDAN, ESQUIRE
900 ROUTE 168, SUITE I-4
TURNERSVILLE, NJ 08012

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107