United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Mattie M. Lewis  
       Debtor

Case No. 17-13268-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia    Page 1 of 1    Date Rcvd: Mar 11, 2019  
                        Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2019.  
13923689      Deutsche Bank National Trust Company, et al,    Wells Fargo Bank, N.A.,    Default Document Processing,    MAC# N9286-01Y,    1000 Blue Gentian Road,    Eagan, MN, 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2019 at the address(es) listed below:  
      JEREMY JOHN KOBESKI    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For etal paeb@fedphe.com  
      JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For etal paeb@fedphe.com  
      KERI P EBECK    on behalf of Creditor    VW Credit Corporation kebeck@bernsteinlaw.com, DMcKay@bernsteinlaw.com  
      KEVIN G. MCDONALD    on behalf of Creditor    VW Credit Inc. dba Volkswagen Credit bkgroup@kmllawgroup.com  
      MARIO J. HANYON    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For etal paeb@fedphe.com  
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
      REBECCA ANN SOLARZ    on behalf of Creditor    VW Credit Inc. dba Volkswagen Credit bkgroup@kmllawgroup.com  
      REX J. ROLDAN    on behalf of Debtor Mattie M. Lewis Roldanlaw@comcast.net,   Roldanlaw1@gmail.com  
      SCOTT    WATERMAN    ECFmail@fredreiglech13.com,    ECF_FRPA@Trustee13.com  
      THOMAS YOUNG.HAE SONG    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For etal paeb@fedphe.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                              TOTAL: 11

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-13268-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

Mattie M. Lewis
800 South 13th Street, #303
Philadelphia PA 19147

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/07/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: Deutsche Bank National Trust Company, et al, Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN, 55121-7700 | Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    03/13/19

Tim McGrath
**CLERK OF THE COURT**