# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>MATTIE M. LEWIS,<br><br>Debtor. | Chapter 13<br><br>Case No.: 17-13268-jkf |

## CERTIFICATION OF NO RESPONSE

Rex J. Roldan, Esquire, attorney for Debtor, Mattie M. Lewis, represents as follows:

1.  A Motion for Order Approving Loan Modification Agreement was filed on July 5, 2019, and notice of same was given to Scott F. Waterman, Chapter 13 Trustee, at 2901 St. Lawrence Avenue, Suite 100, Reading, PA 19606, Specialized Loan Servicing LLC at 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, and Mattie M. Lewis, debtor.

2.  The time to answer or otherwise respond to the Motion has expired, and no such response has been filed.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Dated: July 30, 2019

    /s/ Rex J. Roldan
Rex J. Roldan, Esquire, Applicant (I.D. #: 71690)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, New Jersey 08012
(856) 232-1425
Fax (856) 232-1025

C:\Legal\bank\3597rr\approve_no_response.wpd