United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 17-13268-jkf
Mattie M. Lewis   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: Antoinett   Page 1 of 1   Date Rcvd: Aug 01, 2019
                   Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2019.
db             +Mattie M. Lewis,    800 South 13th Street, #303,    Philadelphia, PA 19147-2638

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2019 at the address(es) listed below:
      JEREMY JOHN KOBESKI    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For etal paeb@fedphe.com
      JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For etal paeb@fedphe.com
      KERI P EBECK    on behalf of Creditor    VW Credit Corporation kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
      KEVIN G. MCDONALD    on behalf of Creditor    VW Credit Inc. dba Volkswagen Credit bkgroup@kmllawgroup.com
      MARIO J. HANYON    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For etal paeb@fedphe.com
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com, ecf_frpa@trustee13.com
      REBECCA ANN SOLARZ    on behalf of Creditor    VW Credit Inc. dba Volkswagen Credit bkgroup@kmllawgroup.com
      REX J. ROLDAN    on behalf of Debtor Mattie M. Lewis Roldanlaw@comcast.net,  Roldanlaw1@gmail.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For etal paeb@fedphe.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                           TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Mattie M. Lewis,** | : | **Chapter 13** |
| | : | |
| **Debtor** | : | **Bky. No. 17-13268 JKF** |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Approve Mortgage Loan Modification (doc. No. 73, "the Motion") between the Debtor and Specialized Loan Servicing, LLC ("the Lender"), and after notice and hearing, and there being no objection thereto, it is hereby **ORDERED** and **DETERMINED** that:

1. The Motion is **GRANTED**.

2. The Debtor is **AUTHORIZED** to enter into the loan modification transaction as set forth in the Motion and consummation of the transaction **SHALL NOT CONSTITUTE** a violation of the automatic stay, 11 U.S.C. §362(a).

3. If the loan modification provides for reinstatement of the loan account and the elimination of the pre-petition arrears, **THE TRUSTEE SHALL MAKE NO FURTHER DISTRIBUTION TO THE LENDER** on account of the Lender's claim for pre-petition arrears under the confirmed chapter 13 plan.

4. In all other respects, the confirmed plan remains **IN FULL FORCE AND EFFECT** and **THE TRUSTEE MAY DISTRIBUTE THE PLAN PAYMENTS ON ACCOUNT OF THE OTHER ALLOWED CLAIMS** as provided in the plan.

**Date:** August 1, 2019

**JEAN K. FITZSIMON**
**U.S. BANKRUPTCY JUDGE**