UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :
:
    MATTIE M. LEWIS : Chapter 13
:
    Debtors : Bankruptcy No.  17-13268JKF

**O R D E R**

AND NOW, upon consideration of the Chapter 13 Trustee's Motion to Modify Plan Post Confirmation, and any response, it is hereby ordered that the Motion is granted.

IT IS ORDERED that once the pre-petition arrears owed to VW Credit, Inc. are paid in full, the Trustee shall disburse the net Plan proceeds to general unsecured creditors on a pro rata basis.  All other terms of the confirmed plan shall remain in full force and effect.

BY THE COURT:

_____
**Jean K. FitzSimon, Bankruptcy Judge**

Dated: _____

**Date: September 11, 2019**