United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-13268-jkf
Mattie M. Lewis                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Virginia              Page 1 of 1              Date Rcvd: Sep 11, 2019
                             Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2019.
db             +Mattie M. Lewis,    800 South 13th Street, #303,    Philadelphia, PA 19147-2638

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2019 at the address(es) listed below:
              JEREMY JOHN KOBESKI    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee
               For etal paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For
               etal paeb@fedphe.com
              KERI P EBECK    on behalf of Creditor    VW Credit Corporation kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    VW Credit Inc. dba Volkswagen Credit
               bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For
               etal paeb@fedphe.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    VW Credit Inc. dba Volkswagen Credit
               bkgroup@kmllawgroup.com
              REX J. ROLDAN    on behalf of Debtor Mattie M. Lewis Roldanlaw@comcast.net,  Roldanlaw1@gmail.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee
               For etal paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 12

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            :
                                                  :
    MATTIE M. LEWIS                 : Chapter 13
                                                  :
    Debtors                         : Bankruptcy No.  17-13268JKF

## O R D E R

AND NOW, upon consideration of the Chapter 13 Trustee's Motion to Modify Plan Post Confirmation, and any response, it is hereby ordered that the Motion is granted.

IT IS ORDERED that once the pre-petition arrears owed to VW Credit, Inc. are paid in full, the Trustee shall disburse the net Plan proceeds to general unsecured creditors on a pro rata basis. All other terms of the confirmed plan shall remain in full force and effect.

BY THE COURT:

Dated: _____

_____
**Jean K. FitzSimon, Bankruptcy Judge**

**Date: September 11, 2019**