| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 17-13268-AMC

MATTIE M. LEWIS
800 SOUTH 13TH STREET, #303
PHILADELPHIA  PA    19147

Petition Filed Date: 05/05/2017
341 Hearing Date: 06/30/2017
Confirmation Date: 12/21/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/14/2019 | $500.00 | | 02/15/2019 | $290.00 | | 03/18/2019 | $290.00 | |
| 04/22/2019 | $290.00 | | 05/13/2019 | $290.00 | | 06/17/2019 | $290.00 | |
| 07/15/2019 | $290.00 | | 08/13/2019 | $290.00 | | 09/20/2019 | $290.00 | Monthly Plan P |
| 10/23/2019 | $290.00 | | 11/18/2019 | $290.00 | | 12/26/2019 | $350.00 | |
| 01/27/2020 | $300.00 | | 04/17/2020 | $290.00 | | 05/18/2020 | $290.00 | |
| 06/12/2020 | $600.00 | | 07/24/2020 | $350.00 | | | | |

**Total Receipts for the Period:  $5,580.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $10,389.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 10 | BANK OF AMERICA NA<br>»» 010 | Unsecured Creditors | $4,205.36 | $18.79 | $4,186.57 |
| 19 | CAVALRY INVESTMENTS LLC<br>»» 019 | Unsecured Creditors | $8,020.18 | $35.82 | $7,984.36 |
| 12 | DEPARTMENT STORE NATIONAL BANK<br>»» 012 | Unsecured Creditors | $5,817.88 | $20.21 | $5,797.67 |
| 11 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $7,723.10 | $34.50 | $7,688.60 |
| 20 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 020 | Unsecured Creditors | $6,632.47 | $16.70 | $6,615.77 |
| 21 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 021 | Unsecured Creditors | $3,501.29 | $15.63 | $3,485.66 |
| 13 | NAVIENT SOLUTIONS INC<br>»» 013 | Unsecured Creditors | $19,332.99 | $86.37 | $19,246.62 |
| 14 | NAVIENT SOLUTIONS INC<br>»» 014 | Unsecured Creditors | $104,013.09 | $464.68 | $103,548.41 |
| 15 | NAVIENT SOLUTIONS INC<br>»» 015 | Unsecured Creditors | $7,527.65 | $33.62 | $7,494.03 |
| 16 | NAVIENT SOLUTIONS INC<br>»» 016 | Unsecured Creditors | $101,558.33 | $453.70 | $101,104.63 |
| 17 | NAVIENT SOLUTIONS INC<br>»» 017 | Unsecured Creditors | $34,344.92 | $153.43 | $34,191.49 |
| 18 | NAVIENT SOLUTIONS INC<br>»» 018 | Unsecured Creditors | $13,859.83 | $61.93 | $13,797.90 |
| 1 | NATIONAL COLLEGIATE STUDENT LOAN TRUST<br>»» 001 | Unsecured Creditors | $33,055.96 | $147.68 | $32,908.28 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 022 | Unsecured Creditors | $2,271.03 | $0.00 | $2,271.03 |

| | | | | | |
|---|---|---|---|---|---|
| 2 | SPECIALIZED LOAN SERVICING LLC<br>»» 002 | Mortgage Arrears | $2,817.58 | $2,817.58 | $0.00 |
| 6 | UNITED STUDENT AID FUNDS INC (USAF)<br>»» 006 | Unsecured Creditors | $17,844.51 | $79.73 | $17,764.78 |
| 7 | UNITED STUDENT AID FUNDS INC (USAF)<br>»» 007 | Unsecured Creditors | $25,953.84 | $115.95 | $25,837.89 |
| 8 | UNITED STUDENT AID FUNDS INC (USAF)<br>»» 008 | Unsecured Creditors | $41,283.12 | $184.43 | $41,098.69 |
| 9 | UNITED STUDENT AID FUNDS INC (USAF)<br>»» 009 | Unsecured Creditors | $3,263.47 | $0.00 | $3,263.47 |
| 4 | US DEPT OF EDUCATION<br>»» 004 | Unsecured Creditors | $98,164.02 | $438.54 | $97,725.48 |
| 5 | VW CREDIT INC<br>»» 005 | Secured Creditors | $706.88 | $706.88 | $0.00 |
| 3 | WELLS FARGO BANK NEVADA NA<br>»» 003 | Unsecured Creditors | $6,494.49 | $16.35 | $6,478.14 |
| 23 | REX J ROLDAN ESQ<br>»» 023 | Attorney Fees | $3,200.00 | $3,200.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,389.00 | Current Monthly Payment: | $290.00 |
| Paid to Claims: | $9,102.52 | Arrearages: | $735.00 |
| Paid to Trustee: | $915.42 | Total Plan Base: | $17,214.00 |
| Funds on Hand: | $371.06 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.