# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Mattie M. Lewis**  
Debtor(s)

Case No. **17-13268**  
Chapter **13**

## AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing, consisting of **10** page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **August 24, 2020**

Signature **/s/ Mattie M. Lewis**  
**Mattie M. Lewis**  
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.