**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| In Re: | : | |
| | : | Case No.: 17-13268-amc |
| MATTIE M. LEWIS, | : | |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |

**ORDER PERMITTING SALE OF REAL PROPERTY AND WAIVER OF THE FOURTEEN (14) DAY STAY PROVISION OF FED. R. BANKR. P. 6004(h)**

**AND NOW,** this _____ day of _____, 2020, upon the motion of debtor, Mattie M. Lewis, by and through her attorney, Rex J. Roldan, Esquire, and Response having been filed by Specialized Loan Servicing, LLC as Servicing Agent for Deutsche Bank National Trust Company, as Trustee for HSI Asset Loan Obligation Trust 2007-WF1, Mortgage Pass-Through Cerrtificates Series 2007-WF1 (hereinafter collectively known as "Specialized Loan Servicing, LLC"), by and through its attorneys Bernstein-Burkley, P.C., and for good cause shown, it is

**ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property located at 42 Acacia Place, Dover, DE 19901 upon the terms and conditions of the Agreement of Sale for Delaware Residential Property and any addendums thereto, pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must first be utilized to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens. Specifically, the full payoff of the mortgage lien held by Specialized Loan Servicing, LLC, as determined from a payoff requested and directly received from Specialized Loan Servicing, LLC, must be paid in full at the time of closing.

3. Sufficient funds may be held in escrow by the title company to pay real estate broker commissions and attorney fees for the Debtor's attorneys, if any, upon further order of this Court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the Agreement of Sale for Delaware Residential Property and any addendums thereto may be made at closing.

5. The amount of no more than $11,979.00 may be claimed as exempt and paid to the Debtor.

6. Any unexempt net proceeds of sale shall be paid to the Chapter 13 Standing Trustee to satisfy the Debtor's Chapter 13 Plan in the Debtor's case. Any funds remaining thereafter shall be paid to the Debtor.

7. The 14-day stay provision of Fed. R. Bankr. P. 6004(h) be and is hereby waived

_____
Honorable Ashely M. Chan, U.S.B.J.

Scott F. Waterman, Chapter 13
StandingTrustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Andrew R. Vara, United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Mattie M. Lewis, Debtor
800 South 13th Street, #303
Philadelphia, PA 19147

Bank of America, N.A.
PO Box 982284
El Paso, TX 79998-2238

Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200 Gulf Tower
Pittsburgh, PA 15219

Cavalry SPV I, LLC
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083-0657

Deutsche Bank National Trust Co. Trustee
c/o Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129

| | |
|---|---|
| LVNV Funding, LLC its successors and assigns as assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 |

Midland Funding LLC
PO Box 2011
Warren, MI 48090

National Collegiate Student Loan Trust 2007-1
Transworld Systems, Inc.
PO Box 4275
Norcross, GA 30091

Navient PC Trust
c/o Navient Solutions, LLC.
PO Box 9640
Wilkes-Barre, PA 18773-9640

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

Rex J. Roldan, Esquire
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, NJ 08012

U.S. Department of Education
c/o Nelnet
121 South 13th Street, Suite 201
Lincoln, NE 68508

United Student Aid Funds, Inc (USAF)
PO Box 8961
Madison WI 53708-8961

VW Credit Inc. dba Volkswagen Credit
PO Box 9013
Addison, Texas 75001