```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                              Case No. 17-13268-amc
Mattie M. Lewis                                                     Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: Virginia            Page 1 of 1          Date Rcvd: Aug 26, 2020
                             Form ID: pdf900           Total Noticed: 5
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2020.
db             #+Mattie M. Lewis,    800 South 13th Street, #303,    Philadelphia, PA 19147-2638
13958705       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14392536       +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13914705       +E-mail/Text: bankruptcy@cavps.com Aug 27 2020 04:31:50     Cavalry Portfolio Service,
                 500 Summit Lake Dr,   Valhalla, NY 10595-2322
13972077        E-mail/Text: bnc-quantum@quantum3group.com Aug 27 2020 04:31:29
                 Department Stores National Bank,    c/o Quantum3 Group LLC,   PO Box 657,
                 Kirkland, WA  98083-0657
                                                                                              TOTAL: 2

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2020 at the address(es) listed below:
              JEREMY JOHN KOBESKI     on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee
               For etal jkobeski@grenenbirsic.com
              JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For
               etal paeb@fedphe.com
              KERI P EBECK    on behalf of Creditor    VW Credit Corporation kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              KERI P EBECK    on behalf of Creditor    Specialized Loan Servicing, LLC as Servicing Agent for
               Deutsche Bank National Trust Company, as Trustee for HIS Asset Loan Obligation Trust 2007-WF1,
               Mortgage Pass-Through Certificates Series 2007-WF1 kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    VW Credit Inc. dba Volkswagen Credit
               bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For
               etal paeb@fedphe.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    VW Credit Inc. dba Volkswagen Credit
               bkgroup@kmllawgroup.com
              REX J. ROLDAN    on behalf of Debtor Mattie M. Lewis Roldanlaw@comcast.net,  Roldanlaw1@gmail.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee
               For etal paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 13
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br><br>MATTIE M. LEWIS,<br><br>           Debtor. | Case No.: 17-13268-amc<br><br>Chapter 13 |

**ORDER PERMITTING SALE OF REAL PROPERTY AND WAIVER OF THE FOURTEEN (14) DAY STAY PROVISION OF FED. R. BANKR. P. 6004(h)**

**AND NOW,** this _____ day of _____, 2020, upon the motion of debtor, Mattie M. Lewis, by and through her attorney, Rex J. Roldan, Esquire, and Response having been filed by Specialized Loan Servicing, LLC as Servicing Agent for Deutsche Bank National Trust Company, as Trustee for HSI Asset Loan Obligation Trust 2007-WF1, Mortgage Pass-Through Cerrtificates Series 2007-WF1 (hereinafter collectively known as "Specialized Loan Servicing, LLC"), by and through its attorneys Bernstein-Burkley, P.C., and for good cause shown, it is

**ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property located at 42 Acacia Place, Dover, DE 19901 upon the terms and conditions of the Agreement of Sale for Delaware Residential Property and any addendums thereto, pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must first be utilized to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens. Specifically, the full payoff of the mortgage lien held by Specialized Loan Servicing, LLC, as determined from a payoff requested and directly received from Specialized Loan Servicing, LLC, must be paid in full at the time of closing.

  3. Sufficient funds may be held in escrow by the title company to pay real estate broker commissions and attorney fees for the Debtor's attorneys, if any, upon further order of this Court.

  4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the Agreement of Sale for Delaware Residential Property and any addendums thereto may be made at closing.

  5. The amount of no more than $11,979.00 may be claimed as exempt and paid to the Debtor.

  6. Any unexempt net proceeds of sale shall be paid to the Chapter 13 Standing Trustee to satisfy the Debtor's Chapter 13 Plan in the Debtor's case. Any funds remaining thereafter shall be paid to the Debtor.

  7. The 14-day stay provision of Fed. R. Bankr. P. 6004(h) be and is hereby waived

**Date: August 26, 2020**

_____
Honorable Ashely M. Chan, U.S.B.J.

Scott F. Waterman, Chapter 13
StandingTrustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Andrew R. Vara, United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Mattie M. Lewis, Debtor
800 South 13th Street, #303
Philadelphia, PA 19147

Bank of America, N.A.
PO Box 982284
El Paso, TX 79998-2238

Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200 Gulf Tower
Pittsburgh, PA 15219

Cavalry SPV I, LLC
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083-0657

Deutsche Bank National Trust Co. Trustee
c/o Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129

LVNV Funding, LLC its successors and
assigns as assignee of Citibank, N.A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Midland Funding LLC
PO Box 2011
Warren, MI 48090

National Collegiate Student Loan Trust 2007-1
Transworld Systems, Inc.
PO Box 4275
Norcross, GA 30091

Navient PC Trust
c/o Navient Solutions, LLC.
PO Box 9640
Wilkes-Barre, PA 18773-9640

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

Rex J. Roldan, Esquire
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, NJ 08012

U.S. Department of Education
c/o Nelnet
121 South 13th Street, Suite 201
Lincoln, NE 68508

United Student Aid Funds, Inc (USAF)
PO Box 8961
Madison WI 53708-8961

VW Credit Inc. dba Volkswagen Credit
PO Box 9013
Addison, Texas 75001

Wells Fargo Bank, N.A.
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438