| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 17-13268-AMC

MATTIE M. LEWIS
800 SOUTH 13TH STREET, #303
PHILADELPHIA  PA   19147

Petition Filed Date: 05/05/2017
341 Hearing Date: 06/30/2017
Confirmation Date: 12/21/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/27/2020 | $300.00 | | 04/17/2020 | $290.00 | | 05/18/2020 | $290.00 | |
| 06/12/2020 | $600.00 | | 07/24/2020 | $350.00 | | 08/14/2020 | $350.00 | |
| 09/18/2020 | $290.00 | | 10/19/2020 | $290.00 | | 11/20/2020 | $290.00 | |
| 12/18/2020 | $290.00 | | 01/25/2021 | $290.00 | | 02/22/2021 | $292.00 | |
| 03/22/2021 | $290.00 | | 04/16/2021 | $292.00 | | 04/28/2021 | $400.00 | |
| 05/14/2021 | $290.00 | | | | | | | |

**Total Receipts for the Period: $5,194.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $13,753.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 10 | BANK OF AMERICA NA<br>»» 010 | Unsecured Creditors | $4,205.36 | $36.08 | $4,169.28 |
| 19 | CAVALRY INVESTMENTS LLC<br>»» 019 | Unsecured Creditors | $8,020.18 | $86.10 | $7,934.08 |
| 12 | DEPARTMENT STORE NATIONAL BANK<br>»» 012 | Unsecured Creditors | $5,817.88 | $55.70 | $5,762.18 |
| 11 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $7,723.10 | $82.91 | $7,640.19 |
| 20 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 020 | Unsecured Creditors | $6,632.47 | $56.91 | $6,575.56 |
| 21 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 021 | Unsecured Creditors | $3,501.29 | $33.52 | $3,467.77 |
| 13 | NAVIENT SOLUTIONS INC<br>»» 013 | Unsecured Creditors | $19,332.99 | $207.55 | $19,125.44 |
| 14 | NAVIENT SOLUTIONS INC<br>»» 014 | Unsecured Creditors | $104,013.09 | $1,116.70 | $102,896.39 |
| 15 | NAVIENT SOLUTIONS INC<br>»» 015 | Unsecured Creditors | $7,527.65 | $72.07 | $7,455.58 |
| 16 | NAVIENT SOLUTIONS INC<br>»» 016 | Unsecured Creditors | $101,558.33 | $1,090.33 | $100,468.00 |
| 17 | NAVIENT SOLUTIONS INC<br>»» 017 | Unsecured Creditors | $34,344.92 | $368.73 | $33,976.19 |
| 18 | NAVIENT SOLUTIONS INC<br>»» 018 | Unsecured Creditors | $13,859.83 | $148.82 | $13,711.01 |
| 1 | NATIONAL COLLEGIATE STUDENT LOAN TRUST<br>»» 001 | Unsecured Creditors | $33,055.96 | $354.90 | $32,701.06 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 022 | Unsecured Creditors | $2,271.03 | $17.24 | $2,253.79 |

**Chapter 13 Case No. 17-13268-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 2 | SPECIALIZED LOAN SERVICING LLC<br>»»  002 | Mortgage Arrears | $2,817.58 | $2,817.58 | $0.00 |
| 6 | UNITED STUDENT AID FUNDS INC (USAF)<br>»»  006 | Unsecured Creditors | $17,844.51 | $191.60 | $17,652.91 |
| 7 | UNITED STUDENT AID FUNDS INC (USAF)<br>»»  007 | Unsecured Creditors | $25,953.84 | $278.64 | $25,675.20 |
| 8 | UNITED STUDENT AID FUNDS INC (USAF)<br>»»  008 | Unsecured Creditors | $41,283.12 | $443.22 | $40,839.90 |
| 9 | UNITED STUDENT AID FUNDS INC (USAF)<br>»»  009 | Unsecured Creditors | $3,263.47 | $35.02 | $3,228.45 |
| 4 | US DEPT OF EDUCATION<br>»»  004 | Unsecured Creditors | $98,164.02 | $1,053.89 | $97,110.13 |
| 5 | VW CREDIT INC<br>»»  005 | Secured Creditors | $706.88 | $706.88 | $0.00 |
| 3 | WELLS FARGO BANK NEVADA NA<br>»»  003 | Unsecured Creditors | $6,494.49 | $55.72 | $6,438.77 |
| 23 | REX J ROLDAN ESQ<br>»»  023 | Attorney Fees | $3,200.00 | $3,200.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,753.00 | Current Monthly Payment: | $290.00 |
| Paid to Claims: | $12,510.11 | Arrearages: | $271.00 |
| Paid to Trustee: | $1,178.80 | Total Plan Base: | $17,214.00 |
| Funds on Hand: | $64.09 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!**  Visit www.readingch13.com/payments/ for more  information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.