Certificate Number: 17082-PAE-DE-036419279

Bankruptcy Case Number: 17-13268



17082-PAE-DE-036419279

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 22, 2022, at 8:09 o'clock PM MST, MATTIE M LEWIS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: March 22, 2022         By:    /s/Orsolya K Lazar

                             Name:  Orsolya K Lazar

                             Title: Executive Director