United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-13268-amc |
| Mattie M. Lewis | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 22, 2022 | Form ID: 212 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Mattie M. Lewis, 800 South 13th Street, #303, Philadelphia, PA 19147-2638 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2022                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JEREMY J. KOBESKI | on behalf of Creditor Deutsche Bank National Trust Company  As Trustee For etal jkobeski@grenenbirsic.com |
| JEROME B. BLANK | on behalf of Creditor Deutsche Bank National Trust Company  As Trustee For etal paeb@fedphe.com |
| KERI P EBECK | on behalf of Creditor Specialized Loan Servicing  LLC as Servicing Agent for Deutsche Bank National Trust Company, as Trustee for HIS Asset Loan Obligation Trust 2007-WF1, Mortgage Pass-Through Certificates Series 2007-WF1 kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| KERI P EBECK | on behalf of Creditor VW Credit Corporation kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |

KEVIN G. MCDONALD
on behalf of Creditor VW Credit Inc. dba Volkswagen Credit bkgroup@kmllawgroup.com

MARIO J. HANYON
on behalf of Creditor Deutsche Bank National Trust Company  As Trustee For etal wbecf@brockandscott.com,
mario.hanyon@brockandscott.com

POLLY A. LANGDON
on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

POLLY A. LANGDON
on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

REBECCA ANN SOLARZ
on behalf of Creditor VW Credit Inc. dba Volkswagen Credit bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

REX J. ROLDAN
on behalf of Debtor Mattie M. Lewis Roldanlaw@comcast.net  Roldanlaw1@gmail.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

THOMAS SONG
on behalf of Creditor Deutsche Bank National Trust Company  As Trustee For etal tomysong0@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re:                                                                    Chapter: 13

     Mattie M. Lewis

Debtor(s)                                                              Case No: 17−13268−amc

---

### *ORDER*

       AND NOW, March 22, 2022, it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

       Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

       And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

       Accordingly, it is hereby ORDERED that the debtor shall file

     ☑  A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

     ☑  A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

       If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Ashely M. Chan

Judge ,United States Bankruptcy Court