United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Mattie M. Lewis  
    Debtor

Case No. 17-13268-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4  
Date Rcvd: Mar 23, 2022      Form ID: 138OBJ      Total Noticed: 49

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

| | |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Mattie M. Lewis, 800 South 13th Street, #303, Philadelphia, PA 19147-2638 |
| 13914700 | | American Education Services, PO Box 2461, Harrisburg, PA 17105-2461 |
| 13914701 | + | Atlantic Law Group, LLC, 512 East Market Street, Georgetown, DE 19947-2255 |
| 13914702 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998-2235 |
| 13958705 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13914706 | ++++ | CENTRAL CREDIT SERVICES, LLC, 2070 LITTLE HILLS EXPY, SAINT CHARLES MO 63301-3708 address filed with court:, Central Credit Services, LLC, 20 Corporate Hills Drive, Saint Charles, MO 63301-3749 |
| 14392536 | + | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 13923689 | #+ | Deutsche Bank National Trust Company, et al, Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road Eagan, MN 55121-1663 |
| 13914711 | | Jefferson University Physicians, Physician Business Services, PO Box # 40089, Philadelphia, PA 19106-0089 |
| 13914715 | | MRS Associates, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 13923572 | + | National Collegiate Student Loan Trust 2007-1, Transworld Systems, Inc., PO Box 4275, Norcross, GA 30091-4275 |
| 13941515 | | Navient Solutions, LLC. on behalf of, United Student Aid Funds, Inc., Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 13914717 | | Nelnet, PO Box 82581, Lincoln, NE 68501-2561 |
| 14284032 | + | Specialized Loan Servicing LLC, 6200 Quebec Street, Greenwood Village, CO 80111-4720 |
| 13927451 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 13914726 | | Wells Fargo Bank, NA, PO Box 10347, Des Moines, IA 50306-0347 |
| 13914727 | | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 23 2022 23:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 23 2022 23:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 23 2022 23:34:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14125623 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Mar 23 2022 23:34:00 | United Student Aid Funds, Inc (USAF), PO Box 8961, Madison WI 53708-8961 |
| 13914703 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 23 2022 23:44:37 | Best Buy Credit Services, PO Box 790441, Saint Louis, MO 63179-0441 |

Case 17-13268-amc   Doc 107   Filed 03/25/22   Entered 03/26/22 00:28:50   Desc
Imaged Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 23, 2022 | Form ID: 138OBJ | Total Noticed: 49 |

| Recip ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 13914720 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 23 2022 23:34:00 | RBS Citizens NA, 480 Jefferson Blvd, Warwick, RI 02886-1359 |
| 13914705 | + | Email/Text: bankruptcy@cavps.com | Mar 23 2022 23:34:00 | Cavalry Portfolio Service, 500 Summit Lake Dr, Valhalla, NY 10595-2322 |
| 13983284 | + | Email/Text: bankruptcy@cavps.com | Mar 23 2022 23:34:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13914707 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 23 2022 23:44:28 | Citi Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 13914708 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 23 2022 23:34:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 13914712 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 23 2022 23:44:32 | Macy's, Bankruptcy Processing, PO Box 8053, Mason, OH 45040-8053 |
| 13972077 | | Email/Text: bnc-quantum@quantum3group.com | Mar 23 2022 23:34:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 13914709 | + | Email/Text: bankruptcy@affglo.com | Mar 23 2022 23:34:00 | Global Credit & Collection Corp, 5440 N Cumberland Ave Ste 300, Chicago, IL 60656-1486 |
| 13914710 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 23 2022 23:34:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 13914704 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 23 2022 23:44:31 | Cardmember Service, PO Box 15298, Wilmington, DE 19850-5298 |
| 13965128 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 23 2022 23:44:28 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13984359 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 23 2022 23:34:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13914713 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 23 2022 23:34:00 | Midland Credit Management, Inc., 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 13914714 | | Email/Text: bankruptcydpt@mcmcg.com | Mar 23 2022 23:34:00 | Midland Funding, LLC, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 13914716 | | Email/PDF: pa_dc_claims@navient.com | Mar 23 2022 23:44:35 | Navient, PO Box 9655, Wilkes Barre, PA 18773-9655 |
| 13977776 | | Email/PDF: pa_dc_claims@navient.com | Mar 23 2022 23:44:27 | Navient PC Trust c/o, Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 13914718 | + | Email/Text: ngisupport@radiusgs.com | Mar 23 2022 23:34:00 | Northland Group Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 13914719 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 23 2022 23:44:27 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 13990542 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 23 2022 23:44:27 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13914802 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 23 2022 23:44:28 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13914721 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 23 2022 23:44:37 | Sears Credit Cards, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 13914722 | + | Email/PDF: clerical@simmassociates.com | Mar 23 2022 23:44:35 | Simm Associates, 800 Pencade Drive, Newark, DE 19702-3354 |
| 13914723 | | Email/PDF: gecsedi@recoverycorp.com | Mar 23 2022 23:44:36 | Synchrony Bank, ATTN: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 13932510 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 23 2022 23:34:00 | U.S. Department of Education C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |

Case 17-13268-amc    Doc 107    Filed 03/25/22    Entered 03/26/22 00:28:50    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 23, 2022 | Form ID: 138OBJ | Total Noticed: 49 |

| 13914724 | | Email/Text: EDBKNotices@ecmc.org | | | |
|---|---|---|---|---|---|
| | | | Mar 23 2022 23:34:00 | US Department of Education, Direct Loan Servicing Center, PO Box 5609, Greenville, TX 75403-5609 | |
| 13914725 | | Email/Text: vci.bkcy@vwcredit.com | | | |
| | | | Mar 23 2022 23:34:00 | Volkswagen Credit, PO Box 3, Hillsboro, OR 97123-0003 | |
| 13938505 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | | | |
| | | | Mar 23 2022 23:34:00 | VW Credit Inc. dba Volkswagen Credit, PO Box 9013, Addison, Texas 75001-9013 | |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2022                Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2022 at the address(es) listed below:

**Name**  **Email Address**

JEREMY J. KOBESKI
    on behalf of Creditor Deutsche Bank National Trust Company  As Trustee For etal jkobeski@grenenbirsic.com

JEROME B. BLANK
    on behalf of Creditor Deutsche Bank National Trust Company  As Trustee For etal paeb@fedphe.com

KERI P EBECK
    on behalf of Creditor Specialized Loan Servicing  LLC as Servicing Agent for Deutsche Bank National Trust Company, as Trustee for HIS Asset Loan Obligation Trust 2007-WF1, Mortgage Pass-Through Certificates Series 2007-WF1 kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

KERI P EBECK
    on behalf of Creditor VW Credit Corporation kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

KEVIN G. MCDONALD
    on behalf of Creditor VW Credit Inc. dba Volkswagen Credit bkgroup@kmllawgroup.com

MARIO J. HANYON
    on behalf of Creditor Deutsche Bank National Trust Company  As Trustee For etal wbecf@brockandscott.com, mario.hanyon@brockandscott.com

POLLY A. LANGDON
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

POLLY A. LANGDON
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

REBECCA ANN SOLARZ
    on behalf of Creditor VW Credit Inc. dba Volkswagen Credit bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

REX J. ROLDAN
    on behalf of Debtor Mattie M. Lewis Roldanlaw@comcast.net  Roldanlaw1@gmail.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Mar 23, 2022 | Form ID: 138OBJ | Total Noticed: 49 |

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS SONG
    on behalf of Creditor Deutsche Bank National Trust Company  As Trustee For etal tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Mattie M. Lewis
        Debtor(s)

Case No: 17−13268−amc
Chapter: 13
_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/23/22

104 − 100
Form 138OBJ