United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-13268-amc |
| Mattie M. Lewis | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 16, 2022 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Mattie M. Lewis, 800 South 13th Street, #303, Philadelphia, PA 19147-2638 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2022                    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JEREMY J. KOBESKI | on behalf of Creditor Deutsche Bank National Trust Company  As Trustee For etal jkobeski@grenenbirsic.com |
| JEROME B. BLANK | on behalf of Creditor Deutsche Bank National Trust Company  As Trustee For etal paeb@fedphe.com |
| KERI P EBECK | on behalf of Creditor Specialized Loan Servicing  LLC as Servicing Agent for Deutsche Bank National Trust Company, as Trustee for HIS Asset Loan Obligation Trust 2007-WF1, Mortgage Pass-Through Certificates Series 2007-WF1 kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| KERI P EBECK | on behalf of Creditor VW Credit Corporation kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| KEVIN G. MCDONALD | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 16, 2022 | Form ID: 195 | Total Noticed: 1 |

        on behalf of Creditor VW Credit Inc. dba Volkswagen Credit bkgroup@kmllawgroup.com

MARIO J. HANYON
        on behalf of Creditor Deutsche Bank National Trust Company As Trustee For etal wbecf@brockandscott.com, mario.hanyon@brockandscott.com

POLLY A. LANGDON
        on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

POLLY A. LANGDON
        on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

REBECCA ANN SOLARZ
        on behalf of Creditor VW Credit Inc. dba Volkswagen Credit bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

REX J. ROLDAN
        on behalf of Debtor Mattie M. Lewis Roldanlaw@comcast.net Roldanlaw1@gmail.com

SCOTT F. WATERMAN (Chapter 13)
        ECFMail@ReadingCh13.com

THOMAS SONG
        on behalf of Creditor Deutsche Bank National Trust Company As Trustee For etal tomysong0@gmail.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Mattie M. Lewis : Case No. 17−13268−amc
     Debtor(s)

### *ORDER*
_____

AND NOW, this day , May 16, 2022 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

113
Form 195